JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 15-1506 AG (JCGx) | Date | October 27, 2015 |
| Title | RASHIDA JAFFER v. DIANE SARGENT | | |

| | |
|---|---|
| Present: The Honorable | ANDREW J. GUILFORD |

| Lisa Bredahl | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

**Proceedings:** **[IN CHAMBERS] ORDER REMANDING ACTION TO THE STATE COURT AND DISCHARGING ORDER TO SHOW CAUSE**

Plaintiff Rashida Jaffer ("Plaintiff") filed a Complaint against Defendant Diane Sargent ("Defendant"). ("Complaint," Dkt. No. 1.) On October 2, 2015, the Court issued an Order to Show Cause Re Subject Matter Jurisdiction concerning whether federal question jurisdiction exists. (Dkt. No. 7.) The Court ordered Plaintiff to show cause in writing within 14 days why the action should not be dismissed for lack of subject matter jurisdiction. (*Id.*) Plaintiff has not responded to the Court's Order.

Based on the filings before it, the Court REMANDS this action to the state court for lack of subject matter jurisdiction and DISCHARGES the Order to Show Cause.

:      0

Initials of Preparer      lmb